Argued and submitted January 21, reversed and remanded April 13, 1988

DEPARTMENT OF REVENUE,
*Respondent,*

*v.*

SCHOOFF et al,
*Appellants.*

(85-0752-C; CA A44300)

752 P2d 353

Richard L. Stradley, Hillsboro, argued the cause and filed the briefs for appellants.

Linda DeVries Grimms, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

Defendants appeal the decision of the trial court denying their motion for attorney fees. The trial court ruled that the motion was not timely. The state properly concedes that the motion was timely and that the merits of the motion should have been considered.

Reversed and remanded.